UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



MARTHA LUSHUTE

VERSUS

TOWER CREDIT, INC.,
ET AL.

CIVIL ACTION

NO. 08-761-JJB

## JUDGMENT

For reasons assigned in the record,

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of defendants and against plaintiff. The court retains jurisdiction over the issue of whether sanctions should be imposed against counsel for plaintiff.

Baton Rouge, Louisiana, June 25th, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA